UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 8:24-cv-02184-SVW | Date | February 19, 2025 |
|---|---|---|---|

| Title | *Ameris Bank et al v. D and M Truck and Tire Repair LLC* |
|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING PLAINTIFF'S CASE FOR LACK OF PROSECUTION

On October 8, 2024, Plaintiff Ameris Bank brought breach of contract claims against Defendants D and M Truck and Tire Repair LLC and Jeremy Oneil. ECF No. 1. After filing a complaint, plaintiffs have 90 days to serve the summons and complaint upon all defendants. Fed. R. Civ. P. 4(m). As of January 8, 2025, ninety days after Plaintiff filed its complaint in this case, Plaintiff still had not served Defendants. Accordingly, the Court issued an order to show cause why the Court should not dismiss the case for lack of prosecution. ECF No. 10. In that order, the Court gave Plaintiff eight days to respond. Defendant responded with proof that they had attempted, albeit unsuccessfully, to serve Defendants. ECF No. 11. The Court, in recognition of Plaintiff's effort to serve Defendants, granted it 30 extra days, or until February 15, 2025, to effectuate service. As of February 15, 2025, however, Plaintiff has still failed to serve Defendants. The Court accordingly orders the case dismissed.

**IT IS SO ORDERED.**

|   | : |
|---|---|
| Initials of Preparer | PMC |